# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

RODNEY PETE,

       Plaintiff,

v.                             CASE NO.  4:13cv330-RH/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS et al.,

       Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  All pending motions are denied.  The clerk must close the file.

SO ORDERED on August 11, 2013.

                       s/Robert L. Hinkle_____
                       United States District Judge